BRIAN J. STRETCH (CABN 163973)
United States Attorney

SARA WINSLOW (DC Bar No. 457643)
Chief, Civil Division
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6925
    FAX: (415) 436-6748
    Sara.winslow@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAHMAN KAYHAN KHADIV,<br><br>                Plaintiff,<br><br>   v.<br><br>LORETTA E. LYNCH, Attorney General of the United States;<br>JEH CHARLES JOHNSON, Secretary of the Department of Homeland Security;<br>JOHN KRAMAR, District Director, San Jose U.S. Citizenship and Immigration Services,<br><br>                Defendants. | C 16-06691 NC<br><br>**STIPULATION REMANDING CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, PURSUANT TO 8 U.S.C. § 1447(b) and ORDER** |

     1.     Plaintiff commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to adjudicate his application for naturalization that was pending before the United States Citizenship and Immigration Services ("USCIS" or "the agency") for more than 120 days after Plaintiff had been interviewed.

     2.     USCIS is now prepared to resolve this matter by adjudicating Plaintiff's application for naturalization. However, USCIS cannot adjudicate the application unless and until the Court remands the matter to the agency. *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a

STIPULATION TO REMAND
C16-06691 NC

Section 1447(b) case], with appropriate instructions, to the [USCIS]"); *United States v. Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004) (accord).

Accordingly, IT IS HEREBY STIPULATED that:

1. The Court shall remand this case to USCIS, directing the agency to take any and all necessary actions, and issue a decision on Plaintiff's application for naturalization within 60 days of the remand order.

2. If USCIS does not issue a decision on Plaintiff's application for naturalization within the time frame set forth in paragraph 1 above, Defendants will not oppose any request by Plaintiff to this Court to vacate the remand order and thereby re-assert jurisdiction over Plaintiff's action pursuant to 8 U.S.C. § 1447(b). Each party will bear their own costs and attorney fees.

Date: February 23, 2017                         Respectfully submitted,

                                                BRIAN J. STRETCH
                                                United States Attorney

                                                _____/s/_____
                                                SARA WINSLOW
                                                Assistant United States Attorney
                                                Attorneys for Defendants

Dated: February 23, 2017                        _____/s/_____
                                                GABRIEL D. JACK
                                                Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 23, 2017

NATH...
United...



GRANTED
Judge Nathanael M. Cousins

STIPULATION TO REMAND
C16-06691 NC